IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00676-BNB

LARRY D. BROWN-BEY,

    Plaintiff,

v.

SARAH REVEIL (Warden), and
BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 14 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Extension of Time" filed on July 10, 2008, is GRANTED. Plaintiff shall have **thirty (30) days from the date of this minute order** to file an amended complaint as directed. Plaintiff's motion for an order of transfer filed on June 9, 2008, is DENIED.

Dated: July 14, 2008

Copies of this Minute Order mailed on July 14, 2008, to the following:

Larry D. Brown-Bey
Reg. No. 10030-007
USP - Tuscan
PO Box 24550
Tuscan, AZ 85734

                                              Secretary/Deputy Clerk