IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 0 1 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00676-BNB

LARRY D. BROWN-BEY,

      Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, BOP Director,
MR. ARCHULETA, Correctional Officer, and
UNKNOWN PRISON OFFICIALS,

      Defendants.

---

## ORDER OF DISMISSAL

---

Plaintiff Larry D. Brown-Bey is a prisoner in the custody of the United States

Bureau of Prisons and he currently is incarcerated at the United States Penitentiary at

Tucson, Arizona.  Mr. Brown-Bey has filed **pro se** on August 15, 2008, an amended

Prisoner Complaint alleging that his rights under the United States Constitution have

been violated.  In an order filed on August 19, 2008, Magistrate Judge Craig B. Shaffer

directed Mr. Brown-Bey to show cause why this action should not be dismissed for

failure to make monthly filing fee payments as required pursuant to 28 U.S.C.

§ 1915(b)(2).  On September 22, 2008, Mr. Brown-Bey filed an "Application to Proceed

Without Prepayment of Fees and Affidavit," which apparently is his response to

Magistrate Judge Shaffer's show cause order.

Mr. Brown-Bey was granted leave to proceed **in forma pauperis** pursuant to 28

U.S.C. § 1915 in this action on April 30, 2008.  Pursuant to § 1915(b)(1), Mr. Brown-Bey

was ordered to pay the $350.00 filing fee and he was directed to pay the filing fee in installments. On June 2, 2008, Mr. Brown-Bey paid an initial partial filing fee of $8.00. Pursuant to § 1915(b)(2), Mr. Brown-Bey is required to make "monthly payments of 20 percent of the preceding month's income credited to [his] account" until the filing fee is paid in full. In the court's April 30 order, Mr. Brown-Bey was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to make the monthly payment. In order to show cause each month, Mr. Brown-Bey was directed to file a current certified copy of his inmate trust fund account statement. Mr. Brown-Bey was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Following payment of the initial partial filing fee on June 2, 2008, Mr. Brown-Bey has not made any monthly filing fee payments and he has failed to show cause why he was unable to make any monthly filing fee payments. The *in forma pauperis* motion Mr. Brown-Bey filed on September 22 does not address Mr. Brown-Bey's failure to make the required monthly filing fee payments or his failure to show cause each month why he could not make a monthly payment. The September 22 *in forma pauperis* motion does include a certification from a prison official indicating that Mr. Brown-Bey currently has only $0.40 in his inmate account. However, that certification does not provide any details regarding Mr. Brown-Bey's account activity, including individual deposits and withdrawals over a period of time, to demonstrate whether and how much Mr. Brown-Bey should have been paying to the Court each month as partial filing fee payments. The certification does indicate that the average balance in Mr. Brown-Bey's account over the last six months was $33.63.

2

The Court finds that Mr. Brown-Bey's response filed on September 22 does not demonstrate good cause for his failure to make any monthly filing fee payments since June 2, 2008. Therefore, the Court finds that he has failed to show good cause why the instant action should not be dismissed for his failure to make monthly filing fee payments. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice because Mr. Brown-Bey has failed to make monthly filing fee payments as required pursuant to 28 U.S.C. § 1915(b)(2).

DATED at Denver, Colorado, this <u>1</u> day of _____ Oct. _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00676-BNB

Larry D. Brown-Bey
Reg. No. 10030-007
USP- Tuscan
PO Box 24450
Tuscan, AZ 85734

     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10 1 08

                              GREGORY C. LANGHAM, CLERK


By:_____
                  Deputy Clerk