# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00676-ZLW

LARRY D. BROWN-BEY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, BOP Director,
MR. ARCHULETA, Correctional Officer, and
UNKNOWN PRISON OFFICIALS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2009

GREGORY C. LANGHAM
               CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion Seeking Permission to Amend the Amended Complaint Filed in this Court. Civil Rights Claim Under 28 U.S.C. [§] 1343 and Bivens v. Six Unknown Named Agents of Bureau of Narcotics, 403 U.S. 388 (1971)" filed on April 20, 2009, is DENIED as moot because this action was dismissed by order filed on October 1, 2008.

Dated: April 21, 2009

Copies of this Minute Order mailed on April 21, 2009, to the following:

Larry D. Brown-Bey
Reg No. 10030-007
US Penitentiary Tucson
P.O. Box 24550
Tucson, AZ 85734

                              Secretary/Deputy Clerk